```
1  ROBERT W. FREEMAN
   Nevada Bar No. 3062
2  E-Mail: Robert.Freeman@lewisbrisbois.com
   PAMELA L. McGAHA
3  Nevada Bar No. 8181
   E-Mail: Pamela.McGaha@lewisbrisbois.com
4  E. MATTHEW FREEMAN
   Nevada Bar No 14198
5  Matt.Freeman@lewisbrisbois.com
   LEWIS BRISBOIS BISGAARD & SMITH LLP
6  6385 S. Rainbow Boulevard, Suite 600
   Las Vegas, Nevada 89118
7  702.893.3383
   FAX: 702.893.3789
8  Attorneys for Defendant
   State Farm Mutual Automobile Insurance Company
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

***

| | |
|---|---|
| WENDY WINTER AND JANICE WINTER,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:21-0057-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiffs WENDY WINTER and JANICE WINTER ("Plaintiffs"), by and through their counsel, LAW OFFICE OF PAUL W. VANDERWERKEN, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH, LLP, that all of Plaintiffs' claims and causes of action against Defendant in the above

…

…

…

…

4837-1712-5625.1

entitled action shall be dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

| DATED this 13 day of September, 2021. | DATED this 20 day of September, 2021. |
|---|---|
| LAW OFFICE OF PAUL W. VANDERWERKEN | LEWIS BRISBOIS BISGAARD SMITH LLP |
| /s/ Paul W. Vanderwerken<br>Paul W. Vanderwerken, Esq.,<br>Nevada Bar No. 3659<br>522 S. Seventh Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiff* | /s/ Robert W. Freeman<br>Robert W. Freeman, Esq.,<br>Nevada Bar No. 03062<br>Pamela L. McGaha, Esq.,<br>Nevada Bar No. 08181<br>E. Matthew Freeman, Esq.,<br>Nevada Bar No. 14198<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

Dated this  21st  day of  September , 2020.

RICHARD E. BOULWARE, II
**United States District Court**

4837-1712-5625.1

2